

**IN THE
TENTH COURT OF APPEALS**

———————

**No. 10-15-00223-CV**

**IN RE FALLS COUNTY**

———————

**Original Proceeding**

## O R D E R

Falls County, by and through its County Attorney, filed a motion for leave to file a petition for writ of mandamus and a writ of mandamus requesting this Court to order the respondent, the Honorable Vicki Menard, judge of the 414th District Court in McLennan County, to withdraw her Order of Income Withholding issued on April 17, 2015. Falls County also requests this Court to stay the underlying proceedings.

Falls County's motion for leave to file is dismissed as moot. The rules of appellate procedure no longer require a motion-for-leave-to-file to accompany a petition for writ of mandamus. *See* TEX. R. APP. P. 52 (Notes and Comments).

Falls County's request for a stay is granted in part. All proceedings regarding the garnishment of William Johnson's wages in the underlying case are stayed until

further order of this Court.

The Court notes that the petition contains no certification as required by the rules of appellate procedure. TEX. R. APP. P. 52.3(j). Notwithstanding the fact that a cover page for an appendix was included with the petition, no appendix was actually attached to the petition as required by the rules of appellate procedure. *Id*. 52.3(k). Further, no record was filed with the petition as required by the rules of appellate procedure. *Id*. 52.7. Unless a certification, appendix, and record are filed with the Court within 21 days from the date of this order, this petition will be dismissed without further notice from the Court.

Finally, it appears that the Court may not have jurisdiction of this proceeding because Falls County may not have standing to challenge the trial court's order. The Court requests that Falls County brief the issue of standing and file its brief within 21 days from the date of this order. The failure to file its brief will result in the dismissal of this proceeding without further notification.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion dismissed, stay granted
Order issued and filed July 2, 2015

